# IN THE SUPREME COURT OF THE STATE OF NEVADA

CHRISTOPHER ROBINSON,
Appellant,
vs.
THE STATE OF NEVADA,
Respondent.

No. 61456



FILED

APR 0 9 2013

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER OF AFFIRMANCE

This is a proper person appeal from an order of the district court denying a motion to modify sentence.[1]  Eighth Judicial District Court, Clark County; David B. Barker, Judge.

In his motion filed on July 20, 2012, appellant claimed that the restitution amount was improper and was not supported by receipts or records of losses.  Appellant failed to demonstrate that the district court relied on mistaken assumptions regarding his criminal record that worked to his extreme detriment.  See Edwards v. State, 112 Nev. 704, 708, 918 P.2d 321, 324 (1996).  We therefore conclude that the district court did not err in denying appellant's motion.  Accordingly, we

ORDER the judgment of the district court AFFIRMED.

_____, J.
Hardesty

_____, J.
Parraguirre

_____, J.
Cherry

[1]This appeal has been submitted for decision without oral argument, NRAP 34(f)(3), and we conclude that the record is sufficient for our review and briefing is unwarranted.  See Luckett v. Warden, 91 Nev. 681, 682, 541 P.2d 910, 911 (1975).

SUPREME COURT
OF
NEVADA

(O) 1947A

13-10407

cc:  Hon. David B. Barker, District Judge
     Christopher Robinson
     Attorney General/Carson City
     Clark County District Attorney
     Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A